# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                      **CASE NO.** 24-CR-10044-JWB

**LORI A. DAVIS,**
a/k/a "Lori A. Glock",
a/k/a "Lori A. Bergman",
a/k/a "MeritSumMercy1776",
a/k/a " Lori Love",

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**THREATS AGAINST A FORMER PRESIDENT
OF THE UNITED STATES
[18 U.S.C. § 879]**

On or about September 23, 2021, in the District of Kansas,

**LORI A. DAVIS,
a/k/a "Lori A. Glock",
a/k/a "Lori A. Bergman",
a/k/a "MeritSumMercy1776",
a/k/a "Lori Love",**

the defendant herein, knowingly and willfully threatened to kill and inflict bodily harm

1

on William (Bill) J. Clinton, a former President of the United States, by calling the Clinton Foundation in New York, New York, and leaving a message wherein Lori A. Davis said, "…but you can bet your fucking ass that we got those sites right in the center of Clinton's fucking eyes and every one of you God damn Democrats trying to push Nazis right on through to the front of the line, guess what, you're fucked, we're gonna hang every one of you Democrat demon fucks and I can't fucking wait."

In violation of Title 18, United States Code, Section 879.

## COUNT 2

**THREATS AGAINST THE PRESIDENT
OF THE UNITED STATES
[18 U.S.C. § 871]**

On or about January 12, 2024, in the District of Kansas,

**LORI A. DAVIS,
a/k/a "Lori A. Glock",
a/k/a "Lori A. Bergman",
a/k/a "MeritSumMercy1776",
a/k/a "Lori Love"**

the defendant herein, knowingly and willfully threatened to kill and inflict bodily harm on Joseph R. Biden, the President of the United States, by posting on her X (formerly known as Twitter) account, starting at approximately 6:06 a.m. (CST) and continuing to approximately 12:25 p.m. (CST), a series of threats, further described as:

| X Account Name | Time of Post (All Central Standard Time) | Threat |
|---|---|---|
| MeritSumMercy1776 | 6:06 a.m. | "This is how I imagine it's going down when I face Joe Biden." With an image of a woman holding a firearm. |

| X Account Name | Time of Post (All Central Standard Time) | Threat |
|---|---|---|
| MeritSumMercy1776 | 6:17 a.m. | "You know what is more popular than thet (sic) your flat line. And it's incoming…" |
| MeritSumMercy1776 | 6:38 a.m. | "I'm going to be the b**** that takes out Joe Biden!" |
| MeritSumMercy1776 | 6:59 a.m. | "And we can take Biden out with a sniper! By golly!" |
| MeritSumMercy1776 | 7:02 a.m. | "Red bead on Joe's forehead and pull!" |
| MeritSumMercy1776 | 7:07 a.m. | "And maybe someone should tell Biden to stop being a pedophile s*** bag terrible president. I pick me. But I let my red beads on foreheads do the talking." |
| MeritSumMercy1776 | 9:09 a.m. | "And then we're going to do what we should have done the first time." Followed by bomb and explosion emojis. |
| MeritSumMercy1776 | 12:00 p.m. | "…do you think we need money to get your ass? You can't get me! #JoeBiden nana nana boo boo punk ass little b**** I'd smoke you!" |
| MeritSumMercy1776 | 12:25 p.m. | "@POTUS I'll bet if a gun were held to your head you still wouldn't admit to molesting your own daughter. Even if she was in the room reading aloud from her diary. Well maybe but you would only to save yourself. Trigger still getting pulled though." |

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL.

April 16, 2024                            s/Foreperson
DATE                                       FOREPERSON OF THE GRAND JURY

3

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Counts 1-2:    18 U.S.C. § 879 and § 871.**
**[Threats Against a Former President and Against the President]**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 871 and § 879.
- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).